UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JUAN NUNEZ,

Plaintiff,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,

Defendant.

No. 1:26-cv-9546-EPG

ORDER GRANTING DEFENDANT'S REQUEST TO SCREEN THE FIRST AMENDED COMPLAINT

Plaintiff Juan Nunez is a state prisoner proceeding in this civil action brought under the American with Disabilities Act and state law claims. (ECF No. 1 at 24). This action was filed in the Superior Court of California, County of Tuolumne on September 11, 2026. (*Id.* at 11). Defendant removed the case to this Court under 28 U.S.C §§ 1441(a) and 1446 based on original jurisdiction under 28 U.S.C § 1331. (*Id.* at 1).

In the notice of removal, Defendant requests the Court screen Plaintiff's First Amended Complaint filed on October 15, 2026, in the Superior Court of California, County of Tuolumne under 28 U.S.C § 1915(a)-(b). (*Id.* at 1 and 22).

The Court is required to screen complaints in civil actions in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity. 28 U.S.C § 1915A(a); *see also Chavez v. Robinson*, 817 F.3d 1162, 1168 (9th Cir. 2016) ("Section 1915A "mandates early review—'before docketing [ ] or [ ] as soon as practicable after docketing'—for all complaints 'in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity.'" ).

Plaintiff's complaint alleges that Defendant violated the American with Disabilities Act and because Plaintiff is a prisoner and Defendants are a governmental entity, the Court is required to screen the complaint. Therefore, the request to screen Plaintiff's First Amended Complaint shall be granted.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The request for the Court to screen Plaintiff's First Amended Complaint is GRANTED and the Court shall screen the amended complaint in due time.
2. Should the Court find cognizable claims, Defendants have twenty-one (21) days from the date of the Court's screening order in which to file a responsive pleading to the First Amended Complaint.

IT IS SO ORDERED.

Dated: **November 19, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE